

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2014

No. 04-13-00766-CR

Anthony **JOHNSON**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR0527
Honorable Melisa Skinner, Judge Presiding

# O R D E R

Appellant's brief was originally due to be filed on February 10, 2014. *See* TEX. R. APP. P. 38.6(a). On February 25, 2014, we granted Appellant's first motion for extension of time to file the brief until March 12, 2014. On March 11, 2014, Appellant filed a second motion for extension of time to file the brief until March 25, 2014, for a total extension of forty-three days.

Appellant's motion is GRANTED. Appellant must file the brief by March 25, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court